**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**C.A. NO: 3:07 CV 276-FDW-CH**

| | |
|---|---|
| AMERISURE MUTUAL INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| SUPERIOR CONSTRUCTION CORPORATION, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER GRANTING ADMISSION PRO HAC VICE

Counsel for Superior Construction Corporation, Inc. in this case, filed a motion with the Court seeking to admit *pro hac vice* Michael G. Sanderson ("Applicant") to represent Superior Construction Corporation, Inc. in this matter in association with Daniel R. Hansen, a member of the North Carolina Bar and the firm of Shumaker, Loop & Kendrick, LLP. The Applicant is admitted to practice before the Ohio State Courts and the United States District Court for all Districts in Ohio.

It appears to the Court that there is just cause for granting the motion.

It is therefore ORDERED that Michael G. Sanderson is admitted *pro hac vice* to represent Superior Construction Corporation, Inc. in this matter.

All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.

**SO ORDERED**.

Signed: April 25, 2008

Carl Horn, III
United States Magistrate Judge